IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ROBERT ANDREW TERRY, #132796  PLAINTIFF

VERSUS  CIVIL ACTION NO. 3:08cv710-TSL-JCS

BILLY SLAUGHTER  DEFENDANT

ORDER

Upon further consideration of the complaint [1] filed pursuant to 42 U.S.C. § 1983 by the plaintiff and his response [8] filed May 6, 2009, in the above entitled action, it is hereby,

ORDERED:

1. That **on or before June 25, 2009**, plaintiff shall file a written response to:

(a) specifically state if the only named defendant in the instant civil action is BILLY SLAUGHTER;

(b) if the plaintiff wishes to add additional defendants relating to the allegations of the instant civil action, *i.e.*, disciplinary action as a result of two Rule Violation Reports (RVR #861862 and RVR #358845), he may do so by stating their names as well as each newly named defendant's street address;

(c) if the plaintiff adds additional defendants, he must state how each defendant violated his constitutional rights;

(d) specifically state if RVR #358845 was invalidated or expunged; and

(e) if the answer to "(d)" is yes, state the date that RVR #358845 was invalidated or expunged and provide a copy, if available, of any documents supporting this invalidation or expungement.

2. **That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in this cause being dismissed without prejudice and without further notice to the plaintiff.**

3. That the Clerk of Court is directed to mail a copy of this order to the plaintiff at his last known address.

THIS, the 10th day of June, 2009.

>*s/ James C. Sumner*
>UNITED STATES MAGISTRATE JUDGE