IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ROBERT ANDREW TERRY, #132796                      PLAINTIFF

VERSUS                      CIVIL ACTION NO. 3:08cv710-TSL-JCS

BILLY SLAUGHTER, Correctional Supervisor           DEFENDANT

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed with prejudice as frivolous, pursuant to 28 U.S.C. section 1915(e)(2)(B)(i) and will count as a strike pursuant to 28 U.S.C. § 1915(g).

SO ORDERED AND ADJUDGED, this the 31st day of July, 2009.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE